IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH PALMER,<br>RICHELLE PALMER, his wife,<br><br>        Plaintiffs,<br><br>        v.<br><br>HEDSTROM CORPORATION, t/d/b/a<br>NBF TRAMPOLINES,<br>WAL-MART STORES EAST, LP,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-513<br>)<br>)  Judge Lancaster<br>)  Magistrate Judge Hay<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 27th day of Feb, 2006, after the plaintiffs, Keith and Richelle Palmer, filed an action in the above-captioned case, and after a Motion to Dismiss was submitted by defendant, Wal-Mart Stores East, LP, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's Motion to Dismiss [Docket No.17] is DENIED.

                                                                GARY L. LANCASTER
                                                                United States District Judge

cc:   Honorable Amy Reynolds Hay
      United States Magistrate Judge

      William F. Goodrich, Esquire
      Joshua P. Geist, Esquire
      Goodrich & Goodrich
      429 Fourth Avenue
      Suite 1400, Law & Finance Building
      Pittsburgh, PA 15219

      Joseph J. Bosick, Esquire
      James F. Marrion, Esquire
      Pietragallo, Bosick & Gordon
      One Oxford Centre
      38th Floor
      Pittsburgh, PA 15219

      Patrick J. Loughney, Esquire
      J. Kale Becker, Esquire
      Dell, Moser, Lane & Loughney
      525 William Penn Place
      Suite 3700
      Pittsburgh, PA 15219-1707

      George Vernon, Esquire
      Law Offices of George Vernon
      PO Box 300
      AmCore Bank Building 2nd Floor
      1625 10th Street
      Monroe, WI 53566

      Mark R. Hamilton, Esquire
      Rawle & Henderson
      535 Smithfield Street
      Suite 1000
      Pittsburgh, PA 15222
      John J. Snyder, Esquire
      Rawle & Henderson
      One South Penn Square
      16th Floor
      Philadelphia, PA 19107