IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH PALMER and<br>RICHELLE PALMER, his wife<br><br><br><br>Plaintiffs,<br><br>vs.<br><br>HEDSTROM CORPORATION<br>t/d/b/a NBF TRAMPOLINES, and<br>WAL-MART STORES EAST, LP,<br><br>Defendants. | )<br>) CIVIL DIVISION<br>)<br>)<br>) No.    05-0513<br>)<br>)<br>)<br>)<br>) JUDGE LANCASTER/MAGISTRATE<br>) JUDGE HAY<br>)<br>) **JURY TRIAL DEMANDED**<br>) |

## RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come the parties to the within action, by and through their counsel of record

and

in accordance with and pursuant to Federal Rule of Civil Procedure 41(a) hereby stipulate and

agree that this action is dismissed in its entirety with prejudice.

Stipulated and Agreed to By:

By: /s/ Joshua P. Geist
William F. Goodrich, Esquire
Joshua P. Geist, Esquire
Attorneys for Plaintiffs, Keith Palmer
and Richelle Palmer, his wife

SO ORDERED, this 5-th day of
September, 2006.

Gary L. Lancaster, U.S. District Judge

By: /s/ Mark R. Hamilton
Mark R. Hamilton, Esquire
Attorney for Defendant, Hedstrom
Corporation t/d/b/a NBF
Trampolines

By: /s/ Keithley Mulvihill
Keithley Mulvihill, Esquire
Attorney for Defendant, Wal-Mart
Stores East, L.P.